UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

JS 6

| | | | |
|---|---|---|---|
| Case No. | CV 13-212 DSF (AGRx) | Date | 1/23/13 |
| Title | Yvette Taylor v. JPMorgan Chase California Corp. | | |

| | |
|---|---|
| Present: The Honorable | DALE S. FISCHER, United States District Judge |

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (In Chambers) Order REMANDING Case for Lack of Subject Matter Jurisdiction

This case was removed from state court on January 11, 2013 by "JPMorgan Chase Bank, N.A. erroneously sued as JPMorgan Chase California Corporation." Apparently, defense counsel believes that it can unilaterally substitute a different party for the named defendant. This is not a situation where a plaintiff misspelled the name of an entity or identified an entity as a corporation when it is an LLC. There appear to be two distinct entities: JPMorgan Chase California Corporation, which Plaintiff sued, and JPMorgan Chase Bank, N.A. which she did not. Those two entities do not get to decide between them who will participate in the lawsuit.

JPMorgan Chase Bank, N.A. also asserts that there would be diversity because JPMorgan Chase California Corporation is alleged to be a Delaware corporation. (Notice of Removal at 4 n.1.) This is obviously wrong because the Court would have to consider JPMorgan Chase California Corporation's principal place of business, which is not provided either in the complaint or notice of removal.

Further, the Court finds that JPMorgan has not demonstrated by a preponderance of the evidence that the amount in controversy exceeds $75,000. Plaintiff's approximate annual gross income was $17,160 and she only resigned one year ago. (Notice of Removal ¶ 13.) JPMorgan's assessment that the amount in controversy might yet exceed $75,000 is based on pure, unpersuasive conjecture.

The case is REMANDED to the Superior Court of California, County of Los Angeles.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## MEMORANDUM

JS 6

    IT IS SO ORDERED.